## Commonwealth ex rel. Knuckles, Appellant, *v.* Maroney.

Submitted November 17, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*William E. Knuckles,* appellant, in propria persona.

*William Claney Smith,* Assistant District Attorney, and *Edward C. Boyle,* District Attorney, for appellee.

OPINION PER CURIAM, December 14, 1961:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge WEAVER of the Eighteenth Judicial District, specially presiding, as reported in 25 Pa. D. & C. 2d 771.